■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM A. TARPLEY, Appellant.— Judgment of conviction affirmed. All concur. (Appeal from a judgment of Erie Trial Term convicting defendant of the crimes of kidnapping (2 counts); robbery, first degree (2 counts); rape, first degree (1 count); and assault, second degree (1 count). Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ MAY L. LARSON, Respondent, v. BRISTOL CORPORATION, Appellant, et al., Defendant.— Order reversed, without costs of this appeal to any party and motion granted, without costs. Memorandum: Plaintiff, a resident of Niagara County, brings this action in the Supreme Court of Niagara County for damages for serious injuries which she allegedly sustained as a result of a fall on a step of defendant's hotel located in New York City. Plaintiff was hospitalized and treated by doctors in a Manhattan hospital for six weeks immediately following the accident. We believe that the ends of justice will be promoted and the convenience of witnesses served by changing the venue of this action to New York County. It was an improvident exercise of discretion to have denied defendant's motion and the order is therefore reversed and the motion to change the place of trial to New York County granted. All concur. (Appeal from an order of Niagara Special Term denying a motion by defendant Bristol Corporation for change of venue from Niagara County to New York County.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALICE M. MYERS, Appellant.— Judgment of conviction and order affirmed. All concur. (Appeal from a judgment of Erie County Court, convicting defendant of the crime of robbery, first degree. The order denied a motion for a new trial.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ In the Matter of the Estate of JOHN COLERICK, Deceased. HARRY J. COLERICK, as Executor of JOHN COLERICK, Deceased, Appellant; ALBERT R. HUTSON, SR., et al., Respondents.— Decree insofar as appealed from affirmed, with costs to the respondent payable by the appellant personally. All concur. (Appeal from parts of a decree of Oneida Surrogate's Court denying an application of the executor to sell decedent's realty and settling the accounts of the executor.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ CARL LUNETTA, Respondent, v. RIP VAN WINKLE MOTEL, INC., Appellant.— Order affirmed, with $10 costs and disbursements.— All concur. (Appeal from an order of Erie Special Term, affirming a judgment of Erie City Court for plaintiff and dismissing defendant's counterclaim.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ PEASE OIL COMPANY, Appellant, v. MARY CELLI, Respondent.— Judgment affirmed, with costs. All concur. (Appeal from a judgment of Erie Equity Term dismissing plaintiff's complaint and, after 30 days from the entry of judgment, dissolving the injunction against defendant, in an action to reform a lease.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.